NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, ALLIACENSE LIMITED,**
*Defendants - Appellants*

v.

**HTC CORPORATION, HTC AMERICA, INC.**
*Plaintiffs – Appellees.*

---

14-1076

---

Appeal from the United States District Court for the Northern District of California in No. 5:08-cv-00882-PSG, United States Magistrate Judge Paul S. Grewal.

---

**O R D E R**

On consideration of the notice of appeal filed on November 4, 2013, a motion of the type enumerated in Fed. R. App. P. 4(a)(4) has been filed in the United States District Court for the Northern District of California rendering the notice of appeal ineffective, it is

ORDERED that the appeal be, and it hereby is, DEACTIVATED.

The appeal will be reactivated upon entry of the order disposing of the last such outstanding motion.

FOR THE COURT

November 13, 2013            /s/ Daniel E. O'Toole
                             Daniel E. O'Toole
                             Clerk of Court


cc: Clerk's Office, United States District Court for the Northern District of California
Kyle Dakai Chen
Charles T. Hoge
James C. Otteson