**FORM 8.** Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

HTC CORPORATION and HTC AMERICA, INC. v. TECHNOLOGY PROPERTIES LIMITED, ET AL.

No. 14-1076

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☑ As counsel for: Defendants/Appellants TPL, Patriot and Alliacense
                              Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☐ Amicus curiae   ☐ Cross Appellant
☑ Appellant    ☐ Appellee     ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

My address and telephone are:

Name: Thomas T. Carmack
Law firm: AGILITY IP LAW, LLP
Address: 149 Commonwealth Drive
City, State and ZIP: Menlo Park, CA  94025
Telephone: (650) 227-4800
Fax #: (650) 318-3483
E-mail address: tom@agilityiplaw.com

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☑ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): October 8, 2008

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes    ☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

December 30, 2013                              /s/ Thomas T. Carmack
Date                                           Signature of pro se or counsel

cc: Appellee's Counsel

Form 30

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on ⬜ December 30, 2013 ⬜ by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
   (by email or CM/ECF)

| Thomas T. Carmack | /s/ Thomas T. Carmack |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm: Agility IP Law, LLP

Address: 149 Commonwealth Drive

City, State, ZIP: Menlo Park, CA  94025

Telephone Number: (650) 227-4800

FAX Number: (650) 318-3483

E-mail Address: tom@agilityiplaw.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.