NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, ALLIACENSE LIMITED,**
*Defendants - Appellants*

v.

**HTC CORPORATION, HTC AMERICA, INC.**
*Plaintiffs - Appellees*

---

14-1076

---

Appeal from the United States District Court for the Northern District of California in No. 5:08-cv-00882-PSG, Magistrate Judge Paul S. Grewal.

---

**O R D E R**

The order disposing of the last motion subject to Fed. R. App. P. 4(a)(4) having been filed in the United States District Court for the Northern District of California, San Jose, it is hereby,

ORDERED that the appeal be, and the same hereby is, REACTIVATED effective February 27, 2014. The appellants' brief is due on May 1, 2014.

FOR THE COURT

February 27, 2014          /s/ Daniel E. O'Toole
                           Daniel E. O'Toole
                           Clerk of Court


cc: Clerk's Office, United States District Court for the
Northern District of California
Thomas T. Carmack
Kyle Dakai Chen
Charles Thomas Hoge
Heidi Lyn Keefe
Philip William Marsh
James C. Otteson
Mark R. Weinstein